IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIAN R. CARRILLO,

    Plaintiff,

v.                                                                          CIV 08-0069 MCA/KBM

RON TORRES, and
BERNALILLO COUNTY
METROPOLITAN DETENTION
CENTER MEDICAL DEPARTMENT,

    Defendants.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her proposed findings on March 20, 2009, recommending that this action alleging a delay and denial of medical care be dismissed with prejudice. *See Doc. 33.* The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To-date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 33)* is ADOPTED;

2. This action is **dismissed with prejudice;** and

3. A final order enter concurrently herewith.

_____ 4/29/09
UNITED STATES DISTRICT JUDGE